# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

DEC - 3 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Baldomero GARCIA-Garza

AKA:
IAE          YOB: 1981
Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-2942-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 18, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326(a)(b)__ (Felony)

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On November 18, 2019, Jose Baldomero GARCIA-Garza a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on December 2, 2019. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on December 22, 2017 via Del Rio, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On September 15, 1999, the defendant was convicted of ENGAGING IN ORGANIZED CRIMINAL ACTIVITY and sentenced to ten (10) years confinement.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint approved by AUSA _[signature] 12/3/19_

_[signature]_
**Signature of Complainant**

**Eusebio Salazar          Deportation Officer**
Printed Name and Title of Complainant

Sworn to before me and subscribed in my presence,

**December 3, 2019**          8:17 am          at   McAllen, Texas
Date                                                            City and State

**Peter E. Ormsby     U.S. Magistrate Judge**
Name and Title of Judicial Officer

_[signature]_
**Signature of Judicial Officer**